```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION


BRAINTREE LABORATORIES, INC.,

       Movant,

       vs.                              Civil Action 2:11-MC-0030
                                        Judge Graham
                                        Magistrate Judge King

CARDINAL HEALTH, INC.,

       Respondent.
```

### ORDER

Upon unopposed motion, Doc. No. 13, this matter is hereby **STAYED** pending approval of the terms of settlement of the underlying action.

The Clerk is **DIRECTED** to remove Doc. No. 1 from the Court's pending motions list.


<u>January 3, 2012</u>                         <u>        s/Norah McCann King        </u>
                                              Norah McCann King
                                         United States Magistrate Judge