**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**


**BRAINTREE LABORATORIES, INC.,**

      **Movant,**

      **vs.**                        **Civil Action 2:11-MC-0030
Judge Graham
Magistrate Judge King**

**CARDINAL HEALTH, INC.,**

      **Respondent.**

<u>**ORDER**</u>

Upon unopposed motion, Doc. No. 13, this matter is hereby **STAYED** pending approval of the terms of settlement of the underlying action.

The Clerk is **DIRECTED** to remove Doc. No. 1 from the Court's pending motions list.


<u>January 3, 2012</u>                    <u>*s/Norah McCann King*</u>
                                 Norah M$^c$Cann King
                      United States Magistrate Judge